AUGUSTA STEVENS, as Administratrix of the Estate of JOHN STEVENS, Deceased, Respondent, *v.* UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.

*Stevens* v. *Union Railway Co.*, 75 App. Div. 602, affirmed.
(Argued October 23, 1903; decided December 1, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 1, 1902, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown* and *Henry A. Robinson* for appellant.

*Thomas J. O'Neill* and *Cornelius J. Early* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HAIGHT, MARTIN, VANN and WERNER, JJ. Dissenting: PARKER, Ch. J., GRAY and CULLEN, JJ.